### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC § § Plaintiff, § § v. § § MOTOROLA SOLUTIONS, INC., § § Defendant. § | CIVIL ACTION NO. 2:17-cv-00026 JURY TRIAL DEMANDED |

### MOTION TO DISMISS VOLUNTARILY WITHOUT PREJUDICE

Plaintiff Symbology Innovations LLC ("Symbology") pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Symbology against Defendant Motorola Solutions, Inc. ("Motorola") in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: February 28, 2017

Ferraiuoli LLC
*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff*
*Symbology Innovations LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 17, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola